1  YOUR NAME Candy Stewart
2  YOUR ADDRESS 30 17th St #316 SD Ca 92101
3  YOUR TELEPHONE NUMBER (619) 581-3802
   YOUR EMAIL ADDRESS
4
5
6              UNITED STATES DISTRICT COURT
7
               SOUTHERN DISTRICT OF CALIFORNIA
8                (Must start on line 8 or below)
9
10  **SAMPLE** Candy Stewart        )   '13 CV 3157 LAB WMc
11                                  )   Case No.: _____
                                    )   (To be assigned at time of filing)
12              -v-                 )
13  County of San Diego             )   COMPLAINT FOR
    **SAMPLE** Social Services      )   (Brief description of document)
14                                  )
15  Charles Montgomery              )
16
17  Plaintiff alleges: Tuesday December 17, 2013 Charles
18  Montgomery went to my son's school Perkin's
19  Elementary to question him about me being
20  falsely accused of abuse against my son
21  without the school's knowledge, presence of
22  parents or an attorney.
23
24  Dated: 12/18/2013
25
26                              _Candy Stewart_
27                                 (Signature)
28

                                              COMPLAINT FOR - 1

I was followed by Charles Montgomery to our home and he encountered me in front of our building.

I told him I would not discuss anything with him without an attorney.

I am asking for $2,000,000.00 in damages for him not obeying the law by questioning a child without an attorney or his parents.

Charles Montgomery MS W-412
4990 Viewridge Avenue
San Diego, Ca 92123-1661
(858) 514-6739